UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-01210-TLN-KJN

No. 2:23-cv-01211-TLN-KJN

No. 2:23-cv-01247-TLN-KJN

No. 2:23-cv-01248-TLN-KJN

No. 2:23-cv-01249-TLN-KJN

No. 2:23-cv-01250-TLN-KJN

No. 2:23-cv-01251-TLN-KJN

No. 2:23-cv-01252-TLN-KJN

No. 2:23-cv-01253-TLN-KJN

No. 2:23-cv-01254-TLN-KJN

**ORDER**

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions. On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 18-cv-02544-TLN-KJN. On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 18-cv-02544-TLN-KJN. Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

1    Pursuant to the amended vexatious litigant order, the undersigned reviewed the
2 complaints/petitions filed in the cases listed in the caption above.  The Court finds the
3 complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's
4 Alameda County conviction.
5    Accordingly, IT IS HEREBY ORDERED that cases 2:23-cv-01210, 2:23-cv-01211, 2:23-
6 cv-01247, 2:23-cv-01248, 2:23-cv-01249, 2:23-cv-01250, 2:23-cv-01251, 2:23-cv-01252, 2:23-
7 cv-01253 and 2:23-cv-01254 are DISMISSED; the Clerk of the Court is directed to close these
8 cases; no further filings will be accepted in any of the above referenced cases.
9 Dated:  July 11, 2023

_____
Troy L. Nunley
United States District Judge

2